# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:17cv258

| | | |
|---|---|---|
| STEVEN B. SIKES, on behalf of himself | ) | |
| and all others similarly situated | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | **ORDER** |
| | ) | |
| EQUIFAX, INC., and EQUIFAX | ) | |
| INFORMATION SERVICES, INC. | ) | |
|     Defendant | ) | |
| _____ | ) | |

Pending before the Court are three motions for *pro hac vice* admission [# 2, # 3, & # 4] filed by Jessica E. Leaven counsel for Plaintiff.

Upon a review of the motions, it appears that Andrew Melzer and Jeremy Heisler are both members in good standing with the New York Bar and that Kevin Sharp is a member in good standing with the Tennessee Bar and all will be appearing with Jessica E. Leaven, a member in good standing with the Bar of this Court. In addition, each attorney has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motions [# 2, # 3, & # 4]. The Court **ADMITS** Andrew Melzer, Jeremy Heisler, and Kevin Sharp to practice *pro hac vice* before the Court while associated with local counsel.

Signed: October 17, 2017

Dennis L. Howell
United States Magistrate Judge