# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:17 cv 258

| | | |
|---|---|---|
| **STEVEN B. SIKES, et al.,** | ) | |
| individually and on behalf of all others | ) | |
| similarly situated, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **EQUIFAX, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pending before the Court is Defendant's Unopposed Motion to Stay [# 10].

After reviewing the motion, the Court finds good cause to grant a stay. Therefore,

the Court **GRANTS** the motion [# 10]. All proceedings and deadlines are stayed

until the Conditional Transfer Order concerning this case issued in *In re: Equifax,*

*Inc., Customer Data Security Breach Litigation*, MDL No. 2800 (J.P.M.L. Sept. 11,

2017) becomes effective or is vacated.

Signed: December 13, 2017

Dennis L. Howell
United States Magistrate Judge